JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. CV 18-1806-GW-SKx<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable George H. Wu |

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice as to all parties. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 2, 2019             By: _/s/ George H. Wu_
                                                      Honorable George H. Wu
                                                      United States District Judge